IN THE COURT OF COMMON PLEAS
MONROE COUNTY
TRIAL DIVISION

| | |
|---|---|
| THOMAS ROSEMAN,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No. 707CV2025 |

**NOTICE OF FILING NOTICE OF REMOVAL**

**TO THE CLERK OF THE COURT OF COMMON PLEAS OF MONROE COUNTY AND COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on March 10, 2025, Defendant Equifax Information Services LLC ("Equifax") filed with the United States District Court for the Middle District of Pennsylvania, Scranton Division a Notice of Removal of the above-captioned action from the Court of Common Pleas of Monroe County, Trial Division. Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Removal.

281208809.v1-3/10/25

EXHIBIT B

- 2 -

DATED:  March 10, 2025                                 Respectfully submitted,

                                                   CLARK HILL PLC

By:  */s/ Vincent M. Roskovensky*
      Vincent M. Roskovensky
      vroskovensky@clarkhill.com

CLARK HILL PLC
One Oxford Centre
301 Grant St., 14th Floor
Pittsburgh, PA  15219
Telephone:  412-394-7716

*Counsel for Defendants*
*Equifax Information Services LLC*

- 2 -

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Vincent M. Roskovensky

Signature: */s/ Vincent M. Roskovensky*

Name: Vincent M. Roskovensky

Attorney No. (if applicable): 89447

281208809.v1-3/10/25

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I served the foregoing NOTICE OF FILING NOTICE OF REMOVAL upon the following counsel of record via Email Only:

Brett Freeman, Esq.
Freeman Law
606 Hamlin Highway, Suite 2
Lake Ariel, PA  18436
brett@freeman.law

/s/ Vincent M. Roskovensky
Vincent M. Roskovensky
*Counsel for Defendant*
*Equifax Information Services LLC*

- 4 -

281208809.v1-3/10/25