**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Thomas Roseman                              )
                                            )
                                            )
                                            )
                                      ,     )
                                            )
           **Plaintiff(s),**     )
                                            )
   **v.**                                )
                                            )
Equifax Information Services LLC            )     **Civil Action No.** 3:25-cv-00441-JM
                                            )
                                            )
                                      ,     )
                                            )
       **Defendant(s)/**         )
       **Third-Party Plaintiff(s),** )
                                            )
   **v.**                                )
                                            )
                                            )
                                            )
                                            )
                                      ,     )
                                            )
       **Third-Party Defendant(s).** )
_____)

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
                                         (type of party)

who is Equifax Information Services LLC , makes the following disclosure:
     (name of party)

1.     Is the party a non-governmental corporate party?

☑ YES          ☐ NO

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Equifax Inc.

3.     If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

Equifax Information Services LLC is a wholly-owned company of Equifax Inc., which is a publicly traded company on the NYSE.  No other entity owns 10% or more of Equifax's stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Vincent M. Roskovensky

Signature of Counsel for Party

Date:  March 11, 2025