## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## SCRANTON DIVISION

| | |
|---|---|
| THOMAS ROSEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Case No.  3:25-cv-00441-JKM |

## ORDER

Defendant Equifax Information Services LLC ("Equifax") has filed with the Court an Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, relating to Plaintiff's Complaint (ECF No. 4).  The Court, having reviewed Equifax's motion, and good cause appearing therefore, ORDERS:

Equifax's motion is GRANTED, and Equifax shall answer Plaintiff's Complaint or otherwise respond on or before April 7, 2025.

Dated _____

_____
Hon. Julia K. Munley
United States District Judge

281258578.v1-3/13/25