# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas Roseman,<br>   Plaintiff,<br>v.<br><br>Equifax Information Services, LLC,<br>   Defendant. | Docket 3:25-cv-00441-JKM<br><br>(Judge Julia K. Munley)<br><br>FILED ELECTRONICALLY |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in this matter, and are in the process of finalizing the appropriate paperwork. The parties request that the Court enter a 60-day order to provide them with the opportunity to complete the settlement. Defendant concurs with the filing of this notice.

*s/ Brett Freeman*
Brett Freeman
Bar Number PA 308834
Attorney for Plaintiff
FREEMAN LAW
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law

## CERTIFICATE OF SERVICE

Service is being effectuated through the Court's CM/ECF system.

*s/ Brett Freeman*
Brett Freeman
Bar Number PA 308834
Attorney for Plaintiff

FREEMAN LAW
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law
