IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas Roseman,<br>            Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC,<br>            Defendant | Docket No. 3:25-cv-00441-JKM<br><br>(Judge Julia K. Munley)<br><br>ELECTRONICALLY FILED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| | |
|---|---|
| *s/ Brett M. Freeman* | *s/ Vincent M. Roskovensky (with consent)* |
| Brett M. Freeman | Vincent M. Roskovensky |
| Bar Number PA 308834 | Bar Number PA 89447 |
| FREEMAN LAW | Clark Hill, PLC |
| Attorney for Plaintiff | One Oxford Center |
| 606 Hamlin Highway, Suite 2 | 301 Grant Street, 14th Floor |
| Lake Ariel, PA 18436 | Pittsburgh, PA 15219 |
| P: (570) 589-0010 | P: (412) 394-7716 |
| F: (570) 456-5955 | F: (412) 394-2555 |
| brett@freeman.law | vroskovensky@clarkhill.com |